United States District Court
Southern District of Texas
**ENTERED**
April 04, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANNY J. SIMS, TDCJ #2367613, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. H-24-0450 |
| BOBBY LUMPKIN, Director, Texas Department of Criminal Justice - Correctional Institutions Division, | § § § § § | |
| Respondent. | § | |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the petitioner.

**SIGNED** at Houston, Texas, on this the 3rd day of April, 2024.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE